| | |
|---|---|
| 1 | Gerald Singleton (SBN 208783) |
| | Brody A. McBride (SBN 270852) |
| 2 | Trenton G. Lamere (SBN 272760) |
| | SINGLETON SCHREIBER |
| 3 | McKENZIE & SCOTT, LLP |
| | 450 A Street, 5th Floor |
| 4 | San Diego, California 92101 |
| | P: (619) 771-3473 |
| 5 | F: (760) 697-1329 |
| | gsingleton@ssmsjustice.com |
| 6 | bmcbride@ssmsjustice.com |
| | tlamere@ssmsjustice.com |

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| K.C.A (by and through his guardian, Amanda Purvis) individually, and as a successor in interest to his father, Mark Armendo, deceased; PATRICE CLINES, individually, | Case No. 20-cv-2504-W-BLM |
| | **NOTICE OF CHANGE OF ATTORNEY BUSINESS AND CONTACT INFORMATION** |
| Plaintiff, | |
| v. | |
| COUNTY OF SAN DIEGO and DOES 1-50 | |
| Defendants. | |

**TO THE COURT, CLERK OF COURT, ALL PARTIES, AND ALL ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that Singleton Law Firm, APC has become Singleton Schreiber McKenzie & Scott, LLP, effective immediately. As a result, the firm's contact information is now:

SINGLETON SCHREIBER McKENZIE & SCOTT, LLP
450 A Street, 5th Floor
San Diego, California 92101
Telephone: (619) 771-3473
Facsimile: (619) 255-1515

/ / /

---

1
NOTICE OF CHANGE OF ATTORNEY BUSINESS                              20cv2504

| | |
|---|---|
| 1 | Furthermore, Plaintiffs' counsel, Gerald Singleton, Brody A. McBride, and Trenton |
| 2 | G. Lamere have changed their e-mail addresses for service of notices and documents as |
| 3 | follows: |

      Gerald Singleton – gsingleton@ssmsjustice.com
      Brody A McBride – bmcbride@ssmsjustice.com
      Trenton G. Lamere – tlamere@ssmsjustice.com

Please update your records to reflect these changes.

Dated: April 08, 2021        SINGLETON SCHREIBER

              McKENZIE & SCOTT, LLP

              By: *s/Trenton G. Lamere*

              Attorneys for Plaintiffs