Brody A. McBride (SBN 270852)
Trenton G. Lamere (SBN 272760)
SINGLETON SCHREIBER
McKENZIE & SCOTT LLP
450 A Street, 5th Floor
San Diego, CA 92101
P: (619) 771-3473
F: (619) 255-1515
bmcbride@ssmsjustice.com
tlamere@ssmsjustice.com

Attorneys for Plaintiffs

Melissa M. Holmes, Senior Deputy (220961)
Robert A. Ortiz, Senior Deputy (246849)
Office of County Counsel, County of San Diego
1600 Pacific Highway, Room 355
San Diego, California 92101-2469
Telephone: (619) 531-5836
E-mail: Melissa.Holmes@sdcounty.ca.gov
Robert.Ortiz@sdcounty.ca.gov

Attorneys for Defendant County of San Diego

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| K.C.A (by and through his guardian, Amanda Purvis) individually, and as a successor in interest to his father, Mark Armendo, deceased; PATRICE CLINES, individually,<br><br>      Plaintiff,<br><br>   v.<br><br>COUNTY OF SAN DIEGO and DOES 1-50<br><br>      Defendants. | Case No. 20-cv-2504-W-BLM<br><br>**JOINT MOTION FOR ENTRY OF PROTECTIVE ORDER** |

/ / /

/ / /

/ / /

1

Pursuant to Federal Rule of Civil Procedure 26(c)(1)(G), Civil Local Rule 7.2, the Court's Order (ECF No. 24), and the Court's chambers rules, the Parties jointly move for entry of the accompanying protective order in this case to govern the discovery, exchange, and handling of confidential information and materials.

Dated: October 14, 2021

SINGLETON SCHREIBER
McKENZIE & SCOTT LLP

By:   *s/Trenton G. Lamere*
Counsel for Plaintiffs

Dated: October 14, 2021

OFFICE OF COUNTY COUNSEL

By:   *s/Robert A. Ortiz*
Counsel for Defendant County of San Diego

Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures of the United States District Court for the Southern District of California, I certify that the content of this document is acceptable to all signatory counsel, and that I have obtained their authorization to affix their electronic signatures to this document.

Dated: October 14, 2021

SINGLETON SCHREIBER
McKENZIE & SCOTT LLP

By:   *s/Trenton G. Lamere*
Counsel for Plaintiffs