MELISSA M. HOLMES, Senior Deputy (State Bar No. 220961)
ROBERT A. ORTIZ, Senior Deputy (State Bar No. 246849)
Office of County Counsel, County of San Diego
1600 Pacific Highway, Room 355
San Diego, California 92101-2469
Telephone: (619) 531-5836; Fax: (619) 531-6005
E-mail: robert.ortiz@sdcounty.ca.gov

Attorneys for Defendant County of San Diego

# IN THE UNITED STATES DISTRICT COURT

# FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| K. C. A., (by and through his guardian, Amada Purvis), individually, and as a successor in interest to his father, Mark Armendo, deceased; Patrice Clines, individually,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>County of San Diego; Does 1-50,<br><br>　　　　Defendants. | No. 20-cv-2504-W-BLM<br><br>**DEFENDANT COUNTY OF SAN DIEGO'S NOTICE OF MOTION AND MOTION TO AMEND ITS ANSWER TO FIRST AMENDED COMPLAINT**<br><br>Date: TBD<br>Time: TBD<br>Courtroom: 3C<br>Judge: Hon. Thomas J. Whelan<br><br>**NO ORAL ARGUMENT UNLESS REQUESTED BY COURT** |

　　　　PLEASE TAKE NOTICE that as soon as the matter may be heard, in Courtroom 3C of the Honorable Thomas J. Whelan, United States District Judge, located at 221 W. Broadway, San Diego, California, Defendant County of San Diego ("Defendant") will move to amend its Answer to Plaintiffs' First Amended Complaint ("FAC").

　　　　The proposed amendments will decrease the total number of affirmative defenses asserted by the County by eliminating affirmative defenses that are no longer applicable and adding a limited number of affirmative defenses that are now applicable.  The request is timely and is made pursuant to the Court's Scheduling Order (ECF No. 24) and Federal Rule of Civil Procedure 15(a).

The motion will be based upon this notice, the accompanying memorandum of points and authorities, the attached proposed amended answers, and upon all papers and pleadings on file in this action.

DATED: December 23, 2021

OFFICE OF COUNTY COUNSEL

By: s/ROBERT A. ORTIZ, Senior Deputy
Attorneys for Defendant County of San Diego
E-mail: robert.ortiz@sdcounty.ca.gov